

The following constitutes the order of the court.
Signed August 25, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Ray Muhammad,

          Debtor.

No. 16-41886

Chapter 13

**MEMORANDUM RE MISSING DOCUMENTS**

On July 5, 2016, Debtor filed a voluntary Chapter 13 petition with the Court. On July 6, 2016, the Court issued an *Order to File Required Documents and Notice Regarding Dismissal Non-Compliance* (doc. 5).

To this date, Debtor has filed many of the required documents. However, Debtor has failed to file the following documents:

1) *List of Creditors*

2) *Chapter 13 Plan*

3) *Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum)*.

The Court hereby gives notice that if Debtor fails to file the above documents by **Friday, September 9, 2016**, the case may be dismissed without further notice or hearing. This

1

memorandum shall not extend other deadlines such as the deadline to oppose the Chapter 13 Trustee's *Motion and Declaration to Dismiss or Convert Proceedings for Case Deficiencies and Notice Thereon* (doc. 17).

**\*END OF MEMORANDUM\***

# COURT SERVICE LIST

**Ray Muhammad**
5004 Plaza Circle.
Richmond, CA 94804