

**The following constitutes the order of the court.
Signed February 22, 2017**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | No. 16-41886 |
| | Chapter 13 |
| Ray Muhammad, | |
| Debtor. | |

## MEMORANDUM

On December 1, 2016, Debtor filed the *Objection to Claim* (doc. 51) of Deutsche Bank National Trust Company ("Creditor"). On December 22, 2016, Ocwen Loan Servicing, LLC, as servicer for Creditor, filed the *Response to Objection to Claim #8* (doc. 64)(the "Opposition"). On December 23, 2016, Debtor filed the *Request for Relief upon Default* (doc. 66), alleging no opposition had been presented to the objection. The Court held a status conference on January 12, 2017. At the status conference, the Court declined to grant Debtor the requested relief of an entry of order by default. Further, the Court reiterated that its ruling was only with respect to Debtor's request for entry by default and set a deadline of March 13, 2017 for Debtor to file a reply to Creditor's Opposition. A hearing on the *Objection to Claim* was set for April 13, 2017.

On February 10, 2017, Debtor filed the *Motion to Alter or Amend Judgment* (doc. 79) (the "Motion"), asking the Court to reconsider its denial of relief by default. The Court notes that the Motion was not originally accompanied by a notice of hearing, but Debtor later communicated via telephone with the Court regarding possible hearing dates for the Motion. Debtor requested that the Court hear the Motion on April 13, 2017 and the Court accepted that request. To that effect, the Court hereby sets the following briefing schedule (which Debtor shall include in his Notice of Hearing to be filed with the Court and served on Creditor and all interested parties):

1. Notice of the April 13, 2017 hearing on the Motion shall be served on Creditor and all interested parties on or before **March 23, 2017.**
2. Opposition to the Motion, if any, shall be filed by Creditor and/or interested parties on or before **April 6, 2017.**

This memorandum shall not affect the current deadline of March 13, 2017 for Debtor to file a reply to Creditor's Opposition or the hearing on the *Objection to Claim* currently set for April 13, 2017.

**\*END OF MEMORANDUM\***

2

Case: 16-41886    Doc# 80    Filed: 02/22/17    Entered: 02/23/17 09:52:50    Page 2 of 3

## COURT SERVICE LIST

Ray Muhammad
5004 Plaza Circle
Richmond, CA 94804

By ECF Notification
Matthew R. Clark, III
bkyecf@rasflaw.com