

The following constitutes the order of the court.
Signed April 11, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re | No. 16-41886 |
|---|---|
| Ray Muhammad, | Chapter 13 |
| Debtor. | |

**MEMORANDUM RE DEBTOR'S REQUEST TO CONTINUE THE APRIL 13, 2017 CONFIRMATION HEARING AND OBJECTION TO CLAIM HEARING**

On April 11, 2017 Debtor delivered the *Order Approving Stipulation for Continuance of Confirmation Hearing and Objection to Claim Hearing* (the "Order") to the Court. A copy of the Order is attached hereto. The Court notes that the Order does not comply with local bankruptcy rules and procedures regarding requests to continue a hearing. In particular, the Order does not include the underlying stipulation, was not signed by all interested parties, nor does it conform to the form of orders typically entered by this Court. Under the circumstances, the Court will keep the hearing for April 13, 2017 on its calendar with the intent of continuing the hearing to May 11, 2017 at 1:30 p.m.

**\*END OF MEMORANDUM\***

Ray Muhammad
5004 Plaza Circle
Richmond, California [94804]
rmuhammad407@yahoo.com
(510) 215-7663

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No. 16-41886
) Chapter 13
RAY MUHAMMAD )
)   ORDER APPROVING STIPULATION
    Debtor. )   FOR CONTINUANCE
) OF CONFIRMATION HEARING AND
) OBJECTION TO CLAIM HEARING
)
) CURRENTLY SET HEARING
) DATE: April 13, 2017
) TIME: 1:30
) PLACE: 1300 Clay Street, Oakland, CA
) JUDGE: William J. Lafferty

TO THE HONORABLE COURT AND TRUSTEE, PLEASE TAKE NOTICE: that without any objection from the Chapter 13 Trustee, Martha G. Bronitsky, Debtor, Ray Muhammad and Matthew Clark, on behalf of Creditor, Deutsche Bank National Trust Company, stipulate to a continuance of the Confirmation Hearing and Objection to Claim #8 Hearing, from April 13, 2017, to May 11, 2017, at 1:30 p.m. JP Morgan Chase Bank, NA, the only other creditor that had an objection to the confirmation of my plan, filed a withdrawal of its objection on April 6, 2017.

DATED: April 10, 2017      _____
                                              Ray Muhammad, Debtor

Good cause appearing, the Stipulation for Continuance of the Hearing, from April 13, 2017 to May 11, 2017, at 1:30 p.m., is hereby APPROVED.

SO ORDERED

DATED: April ____, 2017      _____
                                                U.S. Bankruptcy Judge

-1-

| | |
|---|---|
| 1 | |
| 2 | **COURT SERVICE LIST** |
| 3 | Ray Muhammad |
| 4 | 5004 Plaza Circle.<br>Richmond, CA 94804 |
| 5 | |

2